UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN D. NOSIKE,

    Plaintiff,

v.

DELTA AIR LINES, INC.

    Defendant.

Case No. 23-cv-12785
Hon. Matthew F. Leitman

_____/

**ORDER (1) DIRECTING PLAINTIFF STEPHEN NOSIKE TO PERSONALLY APPEAR FOR MOTION HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW (ECF No. 7), (2) DIRECTING PLAINTIFF'S COUNSEL TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON PLAINTIFF, AND (3) STAYING PROCEEDINGS ON MOTION TO DISMISS (ECF No. 5)**

Attorney Paschal Ukpabi, and his law firm, Law Arena, LLC, represent Plaintiff Stephen D. Nosike in this action. On January 17, 2024, Ukpabi filed a motion to withdraw as Nosike's counsel. (*See* Mot., ECF No. 7.)

The Court has scheduled a Zoom electronic hearing on Ukpabi's motion for **Monday, March 25, 2024, at 11:30 a.m**. (*See* Notice of Hearing, ECF No. 9.) The Court **ORDERS** Ukpabi, Defendant's counsel, ***and*** Nosike to each ***personally attend*** the hearing on the motion to withdraw. If Nosike fails to appear at the hearing, his Complaint may be dismissed.

1

By no later than **March 11, 2024**, Ukpabi shall serve (1) the motion to withdraw (ECF No. 7), (2) the Notice of Hearing on the motion to withdraw, (3) the Zoom link provided by the Court so that Nosike can access the Zoom meeting, and (4) this order on Nosike by both email (if possible) and First Class Mail at Nosike's last known mailing address.  In addition, by no later than **March 12, 2024**, Ukpabi shall file a proof of service on the docket confirming that Nosike has been served with the documents identified above.

Finally, all proceedings related to Defendant's currently-pending motion to dismiss (ECF No. 5) are **STAYED**.  The Court will set a schedule for the remaining proceedings related to the motion to dismiss after it rules on the motion to withdraw.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  February 22, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 22, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126