UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN D. NOSIKE,

    Plaintiff,                              Case No. 23-cv-12785
                                                Hon. Matthew F. Leitman

v.

DELTA AIR LINES, INC.

    Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW (ECF No. 7), DIRECTING SERVICE, AND SETTING DEADLINES

On March 25, 2024, the Court held a hearing on the motion by Plaintiff's counsel to withdraw from the case. For the reasons stated on the record, the motion is GRANTED.

By not later than **April 29, 2024**, Plaintiff shall either: (1) have new counsel file an Appearance on the docket on his behalf or (2) file a written notice with the Clerk of the Court informing the Court that he will be representing himself. Then, by not later than **May 30, 2024**, either new counsel or Plaintiff shall respond to Defendant's Motion for Partial Dismissal (ECF No. 5). If Plaintiff fails to meet these deadlines, this action will be dismissed.

By not later than **March 27, 2024**, withdrawing counsel, Pashcal Ukpabi, shall serve a copy of this order on Plaintiff by United States mail and shall file a certificate of service on the docket confirming that he has completed the service.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 25, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 25, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126