UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN D. NOSIKE,

    Plaintiff,

v.

DELTA AIR LINES, INC.

    Defendant.

_____/

Case No. 23-cv-12785
Hon. Matthew F. Leitman

### ORDER (1) DISMISSING COMPLAINT (ECF No. 1-2) WITHOUT PREJUDICE AND (2) TERMINATING DEFENDANT'S MOTION TO DISMISS (ECF No. 5) AS MOOT

On March 25, 2024, the Court issued an order that directed Plaintiff Stephen D. Nosike, by no later than April 29, 2024, to "either: (1) have new counsel file an Appearance on the docket on his behalf or (2) file a written notice with the Clerk of the Court informing the Court that he will be representing himself." (Order, ECF No. 12, PageID.149.) The Court warned Nosike that if he "fail[ed] to meet [that] deadline, this action [would] be dismissed." (*Id.*, PageID.150.)

Nosike has not complied with the Court's deadline set forth above. Nor has he contacted the Court to seek additional time to obtain counsel. Accordingly, due to Nosike's failure to comply with the Court's March 25 order, the Court dismisses Nosike's Complaint (ECF No. 1-2) **WITHOUT PREJUDICE**.

The Court further terminates Defendant's motion to dismiss (ECF No. 5) **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
