UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN D. NOSIKE,

    Plaintiff,

v.

Case No. 23-cv-12785
Hon. Matthew F. Leitman

DELTA AIR LINES, INC.,

    Defendant.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

        KINIKIA ESSIX
        CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 6, 2024
Detroit, Michigan